IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM P. BAILEY | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | : | NO. 12-6134 |

ORDER

FILED
SEP 19 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RONALD L. BUCKWALTER, J.

AND NOW, this 19 day of SEPT., 2013, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter is remanded for the taking of testimony from a medical expert in orthopedics or neurology.

BY THE COURT:

RONALD L. BUCKWALTER, J.